UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HONG KONG ETECH GROUPS LIMITED,

                         Plaintiff,

-v-

MIZCO INTERNATIONAL INC.,

                         Defendant.

24 Civ. 1403 (PAE)

ORDER TO
SHOW CAUSE

---

PAUL A. ENGELMAYER, District Judge:

    Plaintiff has filed a motion for default judgment. Dkts. 10–13. Plaintiff's papers in support of its motion are in good order. If defendant wishes to oppose the motion, its counsel shall enter a notice of appearance prior to July 9, 2024 and file an opposition on ECF, explaining why a default judgment is not warranted, by July 9, 2024.

    Plaintiff is to serve this order, and the papers in support of plaintiff's motion for a default judgment, on defendant forthwith and file proof of this service no later than June 25, 2024.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: June 18, 2024
       New York, New York